FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 27, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, as subrogee of Michelle Snyder,

Plaintiff,

v.

UNITED STATES POSTAL SERVICE,

Defendant.

No. 2:25-CV-00513-SAB

**ORDER DISMISSING ACTION; CLOSING FILE**

Before the Court is the parties' Stipulated Motion to Dismiss, ECF No. 11. Plaintiff is represented by Christine Lynn Reinert. Defendant is represented by Timothy Michael Durkin. The motion was heard without oral argument.

The partes agree that all claims and causes of action that were or might have been asserted in this case against Defendant may be dismissed with prejudice as all claims have been fully resolved and settled.

//

//

//

//

//

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulated Motion to Dismiss, ECF No. 11, is **GRANTED**.
2. The claims asserted against Defendant are **dismissed with prejudice**.

**IT IS SO ORDERED.** The District Court Executive is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this 27th day of August 2026.

Stan Bastian
Chief United States District Judge